NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| JOSEPH BUTLER, JR., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-2711 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.


PER CURIAM.

Affirmed.  See §§ 775.084(4)(c)(1), 812.13(2)(b), Fla. Stat. (1997); Davis v. State, 235 So. 3d 320 (Fla. 2018); Carbajal v. State, 75 So. 3d 258 (Fla. 2011); State v. King, 426 So. 2d 12 (Fla. 1982); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998); Luchak v. State, 606 So. 2d 494 (Fla. 4th DCA 1992).


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.